UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| JAMES PETERSON, on behalf of Plaintiff and a class, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:21-CV-281-PPS-JPK |
| PORTFOLIO RECOVERY ASSOCIATES, L.L.C., | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

Plaintiff, James Peterson, and Defendant, Portfolio Recovery Associates, LLC, filed a Stipulation of Dismissal. [DE 25.] The stipulation of dismissal is signed by all parties who have appeared. Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the Stipulation of Dismissal [DE 25] is **GRANTED**. The Clerk is **ORDERED** to **DISMISS WITH PREJUDICE** Plaintiff's individual claims against Defendant Portfolio Recovery Associates, LLC, without costs. The Clerk is **ORDERED** to **DISMISS WITHOUT PREJUDICE** Plaintiff's class claims against Defendant Portfolio Recovery Associates, LLC, without costs. The Clerk is also **ORDERED** to **CLOSE** this case.

ENTERED: April 6, 2022.

/s/ Philip P. Simon
**PHILIP P. SIMON, JUDGE**
**UNITED STATES DISTRICT COURT**